1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN LAKE,                              No.  2:20-cv-0419 CKD P

12                    Plaintiff,

13        v.                                 ORDER AND

14   PATRICK COVELLO, et al.,                FINDINGS AND RECOMMENDATIONS

15                    Defendants.

16

17        On March 16, 2020, plaintiff's complaint was dismissed and thirty days leave to file an

18   amended complaint was granted.  The thirty-day period has now expired, and plaintiff has not

19   filed an amended complaint.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

21   court judge to this case; and

22        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

23   Local Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after

26   being served with these findings and recommendations, plaintiff may file written objections with

27   the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

28   Recommendations."  Plaintiff is advised that failure to file objections within the specified time

1  waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

2  1991).

3  Dated:  May 1, 2020

4                                                              _____
                                                             CAROLYN K. DELANEY
5                                                            UNITED STATES MAGISTRATE JUDGE

6

7

8  1
   lake0419.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2